BC

1:26-cv-10546
Judge Manish S. Shah
Magistrate Judge Beth W. Jantz
Random/Cat. 2

FILED
8/31/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MPV

**MOTION FOR EXPEDITED PROCEEDINGS AND HEARING**

Petitioner respectfully moves for expedited proceedings and an expedited hearing because this action concerns the international removal and continued retention of a minor child and is brought under the Hague Convention and ICARA.

The Child was removed from Peru on May 21, 2023. Petitioner has pursued the Hague Convention process through Peru's Central Authority, but counsel in the United States could not be obtained and Petitioner has therefore proceeded pro se.

Petitioner requests that the Court schedule the earliest practicable hearing and establish an expedited briefing schedule. Petitioner further requests that the Court consider appropriate provisional measures to prevent further concealment or removal of the Child while the Hague petition is pending.

WHEREFORE, Petitioner respectfully requests an expedited hearing and such other relief as the Court deems appropriate.

Respectfully submitted,

________________________________________

EDWARD PALOMINO QUISPE
Petitioner, Pro Se

Date: August 31, 2026