BC
FILED
9/2/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
RC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RECEIVED
8/31/2026 MPV
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| EDWARD PALOMINO QUISPE,<br><br>Petitioner,<br><br>v.<br><br>DAYLIBETH YOMELIS CRISTINA CURVELO ESPAÑA,<br><br>Respondent. | Case No. ____________ **1:26-cv-10546**<br>**Judge Manish S. Shah**<br>Judge: ____________ **Magistrate Judge Beth W. Jantz**<br>**Random/Cat. 2**<br><br>PETITION FOR RETURN OF CHILD UNDER THE HAGUE CONVENTION AND ICARA |

**PETITION FOR RETURN OF CHILD UNDER THE HAGUE CONVENTION AND THE INTERNATIONAL CHILD ABDUCTION REMEDIES ACT**

1. Petitioner Edward Palomino Quispe ("Petitioner"), proceeding pro se, respectfully petitions this Court for the prompt return to Peru of his minor child, identified in this public filing by the initials "E.S.P.C." ("the Child"), pursuant to the Convention on the Civil Aspects of International Child Abduction (the "Hague Convention") and the International Child Abduction Remedies Act ("ICARA"), 22 U.S.C. §§ 9001–9011.

2. The Child was habitually resident in Peru immediately before his removal on May 21, 2023. The Child was born in Huaycán, Ate, Lima, Peru, on April 26, 2020, and his habitual residence before removal was in Lima, Peru. The MIMP, the Central Authority of Peru, identified Peru as the Child's habitual residence in the Hague application submitted on Petitioner's behalf.

3. On May 21, 2023, Respondent removed the Child from Peru. Petitioner did not consent to the Child's removal to the United States and did not provide a travel authorization permitting the Child to travel to the United States.

4. Before the departure, Respondent told Petitioner that she intended to travel to Venezuela to visit family. Respondent requested that Petitioner provide a notarized travel authorization for the Child. Petitioner did not provide that authorization. According to communications preserved by Petitioner and information already provided to the Peruvian Central Authority, Respondent later acknowledged that she did not tell Petitioner that the actual destination was the United States because she knew Petitioner would not permit that destination.

5. Petitioner learned on or about May 31, 2023, while Respondent was in Panama, that the actual plan was to enter the United States. The Child subsequently arrived in the United States in approximately June 2023.

6. After the Child arrived in the United States, Petitioner initially maintained communication with Respondent and the Child. Respondent later stated that she was working and that the Child was being cared for by another woman. Communication then progressively ceased. Respondent ultimately blocked Petitioner and members of his family through social media and telephone communications, preventing Petitioner from maintaining contact with the Child.

7. Petitioner repeatedly attempted to maintain a relationship with his Child and repeatedly asked Respondent not to prevent communication between father and son. The Peruvian Central Authority's Hague application documents these efforts and the subsequent loss of communication.

8. Petitioner reported the matter to Peruvian authorities and subsequently requested the assistance of the Ministry of Women and Vulnerable Populations (MIMP), the Peruvian Central Authority under the Hague Convention. MIMP submitted a request for international return of the Child under the Hague Convention.

9. Petitioner has been informed that the United States Central Authority provided Peru with resources for alternative legal assistance, including resources for self-representation (pro se), because counsel in the United States could not be obtained for Petitioner.

10. The Child is believed to be located in Chicago, Illinois. Petitioner has provided the Child's last known location to the Peruvian Central Authority. Petitioner requests that the Court permit the necessary service and proceedings concerning the Child's current location and Respondent's address.

11. This Court has jurisdiction under ICARA, 22 U.S.C. § 9003(a), which gives state courts and United States district courts concurrent original jurisdiction over actions arising under the Hague Convention. Section 9003(b) authorizes a person seeking return of a child to commence a civil action by filing a petition in a court with jurisdiction where the child is located at the time the petition is filed.

12. Venue is proper in this District because the Child is believed to be located in Chicago, Illinois, within the Northern District of Illinois.

13. The Child's removal was wrongful within the meaning of Article 3 of the Hague Convention because it breached Petitioner's rights of custody under the law of Peru, the Child's country of habitual residence, and Petitioner was exercising those rights at the time of removal.

14. Petitioner is the Child's father. Before the removal, Petitioner and Respondent were living together as a family in Peru. Petitioner participated in the Child's care and upbringing and was exercising his parental rights before the Child was taken from Peru.

15. Petitioner did not acquiesce in the Child's permanent relocation to the United States. To the contrary, Petitioner repeatedly sought communication with the Child, objected to being separated from him, reported the matter to Peruvian authorities, and pursued the Hague Convention return process through MIMP.

16. The fact that more than one year has elapsed since the Child's removal does not establish that Petitioner consented to or acquiesced in the removal. Petitioner requests that the Court consider the documented circumstances of the delay, including Respondent's concealment of the actual destination, the progressive restriction and eventual blocking of Petitioner's contact with the Child, and Petitioner's efforts through Peruvian authorities to secure the Child's return.

17. Petitioner has recently received additional evidence concerning the Child's current circumstances and supervision. Petitioner does not ask this Court to decide final custody based on those materials. He submits them to explain his current concern for the Child's welfare and, if appropriate, to support narrowly tailored interim protective relief while the Hague proceedings are pending.

18. Petitioner respectfully reserves the right to supplement this Petition with additional documentary evidence, declarations, certified or authenticated records, and translations as required by the Court.

**REQUEST FOR RELIEF**

Petitioner respectfully requests that the Court:

(a) exercise jurisdiction under ICARA and the Hague Convention;

(b) order the prompt return of the Child to Peru, the Child's habitual residence immediately before the wrongful removal;

(c) order Respondent to produce the Child before the Court and provide the information necessary to determine the Child's current location and circumstances;

(d) set an expedited hearing and case schedule consistent with the Hague Convention and ICARA;

(e) grant such temporary or provisional relief as the Court determines necessary to prevent further concealment or removal of the Child while this action is pending;

(f) award such costs and expenses as are authorized by 22 U.S.C. § 9007(b), if the statutory requirements are met; and

(g) grant such other and further relief as the Court deems just and proper.

*Respectfully submitted,*

______________________________

EDWARD PALOMINO QUISPE
Petitioner, Pro Se
UCV. 61, A.H. Huaycan zona D Lt. 23,
+51 913687148
eddu.paqui2508@gmail.com

# DECLARATION OF EDWARD PALOMINO QUISPE

I, Edward Palomino Quispe, declare under penalty of perjury under the laws of the United States that the following is true and correct to the best of my knowledge:

1. I am the father of the minor Child identified in the Petition as E.S.P.C.

2. The Child was habitually resident in Peru before May 21, 2023.

3. On May 21, 2023, Respondent left Peru with the Child. I did not authorize the Child's travel to the United States.

4. Respondent told me that the intended destination was Venezuela. I did not provide the requested notarized authorization for the Child's departure.

5. I learned later, while Respondent was in Panama, that the actual destination was the United States. I was told that if I had known the actual destination, I would not have permitted the trip.

6. After the Child reached the United States, I attempted to maintain communication. Over time, Respondent restricted and then blocked my communications and those of members of my family.

7. I sought assistance from Peruvian authorities and the MIMP, Peru's Central Authority, and pursued the Hague Convention return process.

8. I am currently seeking the Child's return to Peru and am prepared to participate in the proceedings required by the Court.

9. I have additional evidence, including communications and audiovisual material, that I can provide to the Court as appropriate.

Executed on: August 31, 2026



________________________________

EDWARD PALOMINO QUISPE

1:26-cv-10546
Judge Manish S. Shah
Magistrate Judge Beth W. Jantz
Random/Cat. 2

PERÚ Ministerio de la Mujer y Poblaciones Vulnerables

BC

FILED
8/31/2026
MPV
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**MINISTERIO DE LA MUJER Y POBLACIONES VULNERABLES DEL PERÚ**
**DIRECCIÓN GENERAL DE NIÑAS, NIÑOS Y ADOLESCENTES**

**Autoridad Central para la aplicación del Convenio de La Haya de 1980 sobre los Aspectos Civiles de la Sustracción Internacional de Niñas, Niños y Adolescentes**

**REQUEST**

**TYPE OF APPLICATION**

RESTITUCIÓN INTERNACIONAL (Restitution) ■    RÉGIMEN DE VISITAS INTERNACIONAL (Visits)

**1. RESTITUCIÓN INTERNACIONAL (Restitution)**

**NOMBRE DE LA NIÑA, NIÑO O ADOLESCENTE (Name of child)**

| PALOMINO | CURVELO | EDWARD SEBASTIAN |
|---|---|---|
| **APELLIDO PATERNO** (Last name) | **APELLIDO MATERNO** (Middle name) | **NOMBRES** (first) |

| **FECHA DE NACIMIENTO** (Date of birth) | **EDAD ACTUAL** (Current age) | **LUGAR DE NACIMIENTO** (Place of birth) |
|---|---|---|
| April 26, 2020 | 04 YEARS | HUAYCAN - ATE - LIMA - LIMA - PERU |

**DOMICILIO DE LA RESIDENCIA HABITUAL**
(Address of habitual residence)

MZ D, LOTE 59, PRIMERA ETAPA DEPARIACHI- ATE - LIMA – LIMA -PERU.

| **NACIONALIDAD** (Nationality) | **NÚMERO DE PASAPORTE Y FECHA DE EXPEDICIÓN** (Passport number and date of expedition) |
|---|---|
| PERUANO | DOES NOT HAVE |

**DESCRIPCIÓN FÍSICA: Estatura, peso, color de ojos y cabello**
(Heigth, weigth, hair color and eyes)

HEIGHT: APPROXIMATELY 1 METER
WEIGHT: 20 KG
EYE COLOR: BROWN
HAIR COLOR: CURLY BROWN

DNI: 46262772
EDWARD PALOMINO QUISPE



www.mimp.gob.pe
Camaná 616 Cercado - Lima
Lima 01, Perú
T: (511) 626-1600

**DATOS DEL PADRE** (Father's name)

| PALOMINO | QUISPE | EDWARD |
|---|---|---|
| **APELLIDO PATERNO** (Last name) | **APELLIDO MATERNO** (Middle name) | **NOMBRE** (First name) |

| **FECHA DE NACIMIENTO** (Birth date) | **LUGAR DE NACIMIENTO** (Place of birth) |
|---|---|
| April 8, 1990 | CP. HUYRO – HUAYOPATA – LA CONVENCION – CUSCO - PERU |

**DOMICILIO ACTUAL O ÚLTIMO CONOCIDO**
(Current or last known address)

MZ D, LOTE 59, FIRST STAGE PARIACHI- ATE - LIMA – LIMA -PERU.

| **NACIONALIDAD** (Nationality) | **NÚMERO DE PASAPORTE Y FECHA DE EXPEDICIÓN** (Passport number and date of expedition) |
|---|---|
| PERUANO | 123318528-10/07/2023 |

| **TELÉFONO** (Telephone) | **OCUPACIÓN** (Employment) | **PAÍS DE RESIDENCIA HABITUAL** (Country of resident) |
|---|---|---|
| 913687148<br>903286793 | SELF-EMPLOYED AND DRIVER | PERU |

**CORREO ELECTRÓNICO (e-mail)**
Eddu.paqui@gmail.com
Ewardstauro@gmail.com

**DATOS DE LA MADRE** (Mother'name)

| CURVELO | ESPAÑA | DAYLIBETH YOMELIS CRISTINA |
|---|---|---|
| **APELLIDO PATERNO** (Last name) | **APELLIDO MATERNO** (Middle name) | **NOMBRE** (First name) |

| **FECHA DE NACIMIENTO** (Date of birth) | **LUGAR DE NACIMIENTO** (Place of birth) |
|---|---|
| DECEMBER 29, 1999 | VARGAS- CARACAS - VENEZUELA |

**DOMICILIO ACTUAL O ÚLTIMO CONOCIDO**
(Current or last known address)

4421 S ROCKWELL ST CHICAGO, IL 60632

DNI: 46262772
EDWARD PALOMINO QUISPE

PERÚ Ministerio de la Mujer y Poblaciones Vulnerables

| NACIONALIDAD (Nationality) | NÚMERO DE PASAPORTE Y FECHA DE EXPEDICIÓN (Passport number and date of expedition) | |
|---|---|---|
| VENEZOLANA | | |
| **TELÉFONO** (Telephone) | **OCUPACIÓN** (Employment) | **PAÍS DE RESIDENCIA HABITUAL** (Habitual resident country) |
| +1(708)654-7754 | - | ESTADOS UNIDOS |

**CORREO ELECTRÓNICO (e-mail)**

curveloday4@gmail.com

**SITUACIÓN DE LOS PADRES DE LA NIÑA, NIÑO O ADOLESCENTE:**
Parent status:

- ☐ **CASADOS:** Married
- ☐ **UNIÓN DE HECHO** Common-law relationship
- ☐ **SEPARADOS** Separated
- ☐ **DIVORCIADOS** Divorced
- ■ **OTROS:** Others

**FECHA Y LUGAR DEL MATRIMONIO Y/O DIVORCIO Y/ SEPARACIÓN:**
(Date and place of marriage/ divorce / separate, if applicable)

THERE WAS NO CONSENSUAL SEPARATION.

**FUNDAMENTOS DE DERECHO PARA LA SOLICITUD EN VIRTUD AL CONVENIO DE LA HAYA DE 1980**
(Legal grounds justifying the Hague application of 1980)

- ■ Convenio de La Haya de 1980 sobre los Aspectos Civiles de la Sustracción Internacional de Menores (Hague Convention of 25 October 1980 on the Civil Aspects of International Child Abduction)
- ☐ Código de los Niños y Adolescentes, Libro III (Code of Children and Adolescents, Book III)
- ☐ Otros (Others)

[signature]
DNI: 46262772
EDWARD PALOMINO QUISPE



www.mimp.gob.pe
Camaná 616 Cercado - Lima
Lima 01, Perú
T: (511) 626-1600

**DESCRIPCIÓN DE LOS HECHOS QUE JUSTIFICAN LA SOLICITUD**
(A description of the facts which justify the request)

It all started on May 21, 2023, when my son's mother told me that she intended to travel to Venezuela to visit her relatives, since the father was in poor health. She had been telling me about these intentions to travel days ago, but due to the economic situation we had at that time, I thought that this would end there, since I did not have the money to finance the trip; However, I indicated that we could make the trip together in December, to which she refused, indicating that she would go earlier and that she needed me to give her notarized permission for my son to leave the country and among the justifications she gave me were that I could go in the month of December to spend the Christmas holidays together, permission could not be given since my son's mother had expired documents; Later, she made the trip to Venezuela; however, the travel plans were different; since the true intention of her trip was to cross the border illegally to the United States; She never told me about this as a father and I became aware of it on May 31, 2023 when she was in the country of Panama and she told me the true intentions she had, claiming that if she mentioned it to me I would not allow her to travel; I maintained fluid communication with her while she was in a shelter in the United States, from approximately June 25, 2023 when she arrived in the United States until when she was working in a house for approximately 2 months, subsequently the communication was progressively cut off; Initially, my son's mother did not want to talk to me, claiming that she was working and left my son in the care of a lady with whom I communicated; However, communication with my son did not last long, until she later blocked me from social networks and cell phone numbers, including my family and friends; in this way refusing to have any communication with my son to this day.

Place where the child is thought to be retained or removal in an illicit way

4421 S ROCKWELL ST CHICAGO, IL 60632

(Date of wrongfuul removal or retention)

**May 21, 2023**

(Did your child have a travel authorization?)

Sí/ Yes ☐ No/Not ■

**Lugar y fecha de expedición de la autorización de viaje:**
(Place and date of expedition of the travel authorization)

**Fecha de vencimiento de la autorización de viaje:**
(Deadline of the travel authorization)

DNI: 46262772
EDWARD PALOMINO QUISPE



www.mimp.gob.pe
Camaná 616 Cercado - Lima
Lima 01, Perú
T: (511) 626-1600

PERÚ | Ministerio de la Mujer y Poblaciones Vulnerables

**RÉGIMEN DE VISITAS INTERNACIONAL**: Indicar la propuesta para las visitas
(Proposal for Access right regulation)

**INFORMACION RELATIVA A LA PERSONA QUE PRESUNTAMENTE TRASLADO O RETIENE ILEGALMENTE A LA NIÑA, NIÑO O ADOLESCENTE**
(Information concerning the person alleged to have wrongfully removed or retained the child)

**NOMBRE** (name)

| CURVELO | ESPAÑA | DAYLIBETH YOMELIS CRISTINA |
|---|---|---|
| **APELLIDO PATERNO** (Last name) | **APELLIDO MATERNO** (Middle name) | **NOMBRE** (First name) |

| | |
|---|---|
| **FECHA DE NACIMIENTO** (Date of birth)<br>29/12/1999 | **LUGAR DE NACIMIENTO** (Place of birth)<br>VARGAS-CARACAS-VENEZUELA |
| **NACIONALIDAD** (Nationality)<br>VENEZOLANA | **NÚMERO DE PASAPORTE Y FECHA DE EXPEDICIÓN** (Passport number and date of expedition) |
| **OCUPACIÓN** (Employment) | **GRADO DE PARENTESCO CON LA NIÑA, NIÑO O ADOLESCENTE** (Relationship to the child)<br>**MOTHER** |
| **TELÉFONO** (Telephone )<br>+1(708)654-7754 | **CORREO ELECTRÓNICO** (e-mail)<br>curveloday4@gmail.com |

DNI: 46262772
EDWARD PALOMINO QUISPE



www.mimp.gob.pe
Camaná 616 Cercado - Lima
Lima 01, Perú
T: (511) 626-1600

**INFORMACIÓN ADICIONAL**
(Additional information)

¿El padre/madre sustractor/a tiene parientes o amistades en el país requerido?
(Does the parent who has the child or adolescents have friends or relatives in the required country?)

| **NOMBRE** (Name) | **GRADO DE PARENTESCO** (Degree of Kinship) | **DOMICILIO** (Address) | **TELÉFONO** (Telephone) |
|---|---|---|---|
| PRECIADO ERNESTINA | FRIENDSHIP | 4421 S ROCKWELL ST CHICAGO, IL 60632 | +(630)253-3216 |
| | | | |
| | | | |

DNI: 46262772
EDWARD PALOMINO QUISPE



www.mimp.gob.pe
Camaná 616 Cercado - Lima
Lima 01, Perú
T: (511) 626-1600

PERÚ Ministerio de la Mujer y Poblaciones Vulnerables

**IX. PROCESOS JUDICIALES EN TRÁMITE O CONCLUIDOS**
(Court proceedings finished or pending)

*Proceso Judicial de Oposición de viaje: SI ☐ NO ☐
(Opposition travel proceedings)

Resultado/ Fecha de Sentencia:
(Outcome / Ruling date)

*Proceso Judicial de Divorcio: SI ☐ NO ☐
(Divorce proceedings)

Resultado/ Fecha de Sentencia:
(Outcome / Ruling date)

*Proceso Judicial de Tenencia (Custodia) y/o Régimen de Visitas SI ☐ NO ☐
(Custody or Access proceedings)

Resultado/ Fecha de Sentencia:
(Outcome / Ruling date)

*Proceso Judicial de Violencia Familiar: SI ☐ NO ☐
(Judicial ruling of Family Violence)

Resultado/ Fecha de Sentencia:
(Outcome / Ruling date)

**Otros procesos judiciales en trámite o concluidos:**
(Other relevant court proceedings)

**DENUNCIA POR SUSTRACION DE MENOR INTERPUESTA EN LA CIUDAD DE LIMA PERU EN PROCESO DESDE EL 22 DE AGOSTO.**

**INFORMACION RELATIVA A LA PERSONA O INSTITUCIÓN QUE SOLICITA LA RESTITUCION O EL RÉGIMEN DE VISITAS INTERNACIONAL**
(Information of the applicant party)

**NOMBRE (**name)

| PALOMINO<br>**APELLIDO PATERNO**<br>(Last name) | QUISPE<br>**APELLIDO MATERNO**<br>(Middle name) | EDWARD<br>**NOMBRE**<br>(First name) |
|---|---|---|

| | |
|---|---|
| **FECHA DE NACIMIENTO**<br>(Date of birth)<br>08/04/1990 | **PAIS DE RESIDENCIA HABITUAL**<br>(Country of his/her habitual residence)<br>PERU |
| **OCUPACION**<br>(Employment)<br><br>SELF-EMPLOYED AND DRIVER | **GRADO DE PARENTESCO CON LA NIÑA, NIÑO O ADOLESCENTE**<br>(Relationship to child)<br>**FATHER** |

DNI: 46262772
EDWARD PALOMINO QUISPE



www.mimp.gob.pe
Camaná 616 Cercado - Lima
Lima 01, Perú
T: (511) 626-1600

**XI. DOCUMENTOS QUE SE ANEXAN**
(Documents attached)

| | |
|---|---|
| YES | **FOTOGRAFÏA DE LA NIÑA, NIÑO O ADOLESCENTE**<br>(Photograph of the child) |
| YES | **FOTOGRAÍA DE LA PERSONA QUE PRESUNTAMENTE SUSTRAJO A LA NIÑA, NIÑO Y ADOLESCENTE**<br>(Photograph of the person alleged to have wrongfully removed the child) |
| | **ACUERDO EXTRAJUDICIAL, CONVENIO O DECISIÓN JUDICIAL RELATIVA A LA CUSTODIA Y/O AL EJERCICIO DEL DERECHO DE VISITA**<br>(Judicial agreement, ruling concerning custody or right of access) |
| YES | **PARTIDA DE NACIMIENTO DE LA NIÑA, NIÑO O ADOLESCENTE**<br>**(Birth certificate)** |
| | **COPIA DEL PERMISO OTORGADO**<br>(Copy **of** authorisation) |
| YES | **OTROS ANEXOS**<br>(Other attachments) |

**A CONTINUACIÓN, POR FAVOR RESPONDA CON SINCERIDAD A LAS PREGUNTAS SIGUIENTES**

| | |
|---|---|
| YES | **¿TIENE USTED RECURSOS ECONÓMICOS PARA COMPRAR LOS PASAJES SI EL JUEZ DISPONE EL RETORNO DE LA NIÑA, NIÑO O ADOLESCENTE?** |
| NO | **¿TIENE USTED DÓNDE ALOJARSE EN CASO TENGA QUE IR A RECOGER A SU HIJA/O?** |

| | |
|---|---|
| **FIRMA DEL SOLICITANTE Y/O SELLO DE LA AUTORIDAD CENTRAL**<br>(Signature of applicant and/or stamp of Central Authority) | **LUGAR Y FECHA**<br>(Date and place)<br><br>Lima, 16 de enero de 2025 |
| **DOMICILIO DE LA AUTORIDAD CENTRAL**<br>(Address of the Central Authority)<br><br>Jirón Camaná Nº 616, Piso 7<br>Cercado de Lima<br>Lima 01 – Perú | **TELÉFONO**<br>(Telephone)<br><br>+ (51) (1) 626 1600 anxo 7208 |

19293817

República del Perú

RENIEC
REGISTRO NACIONAL DE IDENTIFICACIÓN Y ESTADO CIVIL

NATIONAL REGISTRY OF IDENTIFICATION AND CIVIL STATUS

# BIRTH CERTIFICATE

| N° 91829973 |
|---|
| Unique Identification Code CUI |

BIRTHDATE APRIL 26, 2020 TIME 11:30 AM

LOCALITY LIMA/LIMA/ATE (14 01 03 000)

PLACE OF OCCURRENCE LOW COMPLEGITY HOSPITAL HUAYCAN

SEX MALE

| Name | EDWARD SEBASTIAN PALOMINO CURVELO | |
|---|---|---|
| Parent Information | FATHER | MOTHER |
| Name<br>First Surname<br>Second Last Name | EDWARD<br>PALOMINO<br>QUISPE | DAYLIBETH YOMELIS CRISTINA<br>CURVELO<br>ESPAÑA |
| Nationality | PERUANO | FOREIGN |
| Identity Document | DNI/LE 46262772 | DI FROM ABROAD 27042608 |
| Mother's Address | MZG LT 29 VILLA HERMOSA, LIMA LIMA ATE | |

REGISTRATION DATE OCTOBER 2, 2020

REGISTRATION OFFICE LIMA/ LIMA/SANTA ANITA (14 01 43 000)

DECLARANT/LINK DAYLIBETH YOMELIS CRISTINA CURVELO ESPAÑA/ MOTHER

IDENTITY DOCUMENT DI FROM ABROAD 27042608

DECLARANT/LINK EDWARD PALOMINO QUISPE/ FATHER

IDENTITY DOCUMENT DNI/LE 46262772

CIVIL REGISTRAR UTANI HURTADO, BREINER

DNI 45649152

OBSERVATIONS HEAD RESOLUTION N° 000125-2020/JNAC/RENIEC

REGISTRO NACIONAL DE IDENTIFICACIÓN Y ESTADO CIVIL

Firma del Declarante

Firma del Declarante

BREINER UTANI HURTADO
REGISTRADOR CIVIL

Firma del Registrador

Impresión dactilar

Impresión dactilar

Impresión dactilar

3004915458

RENIEC

REGISTRO NACIONAL DE IDENTIFICACIÓN Y ESTADO CIVIL

OFICINA REGISTRAL

EL QUE SUSCRIBE: CERTIFICA QUE LA PRESENTE ES COPIA FIEL DE LA PARTIDA ORIGINAL QUE SE ENCUENTRA INSCRITA EN EL LIBRO RESPECTIVO QUE SE CONSERVA EN EL ARCHIVO DEL RENIEC.

ATE, 22 AGO 2023

ANGGELA CELESTE AMPUERO VELAZCO
DNI. 10613052
Certificador
Oficina Regional Lima
RENIEC

PROCESAMIENTO DE REGISTROS CIVILES ISO 9001 RENIEC

CODIGO DE VALIDACION (Visite http://www.reniec.gob.pe)
19293817 3004915458

PERÚ | MINISTRY OF HEALTH | HUAYCAN HOSPITAL

HUAYCAN HOSPITAL

# CHILDREN'S COMPREHENSIVE HEALTH CARE CARD

| | |
|---|---|
| Nº HC: 201336 | Folder No. FAM: |
| Membership Code: | |
| Date of Birth: 26-4-20 | WHO/DAYS: 918 29973 |
| Names and Surnames: Palomino Curvelo | |
| - From the Child: Edward sebastian | |
| - From the Mother: Daylibeth Curvelo | DAYS: |
| - From the Father: Edward Palomino | DAYS: 46262772 |
| Address: 6 2-A | |
| E-mail: | Telephone: |
| Establishment: Hospital Huaycan | |
| Social Support Program. | |

## VACCINATION (Note Dates):

| | |
|---|---|
| Tuberculosis (BCG): (Newborn) | 27-4-20 |
| Antihepatitis (HvB): (Newborn) | 26-4-20 |

| Antipolo: | (OPV or IPV*) | *Special Condition |
|---|---|---|
| Dates of next doses: | / / | / / |
| 1ra (2 months) | 2nd (4 months) | 3rd (6 months) |
| 09-09-20 | 20-11-21 | 30 MAR 2021 |

| Pentavalente: | (DPT + Hib + HBV) | |
|---|---|---|
| Dates of next doses: | / / | / / |
| 1ra (2 months) | 2nd (4 months) | 3rd (6 months) |
| 09-09-20 | 21-11-21 | 30 MAR 2021 |

| Pneumococcus: | less than 1 year | 1 year |
|---|---|---|
| Dates of next doses: | / / | / / |
| 1ra (3 months) | 2nd (5 months) | 02. AUG 2021 and |
| 09-09-20 | 20-11-21 | |

| Rotavirus: | |
|---|---|
| Dates of next doses: | / / |
| 1ra (2 months) | 2nd (4 months) |
| 21-08-20 | — |

| Influenza: | 1st Year |
|---|---|
| Dates of next doses: / / | / / |
| 1ra (7 months) | 2nd (8 months) |
| 02 AGO 2021 | |

| Measles, Rubella, and Mumps (MMR) | Antiamarylic: |
|---|---|
| 12 Months 2021 | 15 Months 15 SEP 2021 |

| 1st. DPT + Hib booster (18 months or one year after the Pentavalent): | 2nd. DPT Reinforcement (4 years) | SPR booster (4 years) |
|---|---|---|
| | | 22/12/21 |

THE VACCINE IS FREE AND AVAILABLE ALL YEAR ROUND

JUNW Varicela (1) neumococo 15 SEP 2021


CITY OF CHICAGO IDENTIFICATION CARD
ANNA M. VALENCIA • CITY CLERK
299C3170D40400
CITYKEY ID#
DAYLIBETH YOMELIS CRISTINA
CURVELO ESPANA
NAME
4421 S ROCKWELL ST
CHICAGO, IL 60632
ADDRESS
12/29/1999
DOB
F
GENDER
7/22/2028
EXPIRATION DATE
7/22/2023
ISSUE DATE


MSI
METRO STAFF INC
CURVELO ESPANA
DAYLIBETH YOMELI
TU475651


CITY OF CHICAGO IDENTIFICATION CARD
ANNA M. VALENCIA • CITY CLERK
460P3170E40901
CITYKEY ID#
EDWARD SEBASTIAN PALOMINO
CURVELO
NAME
4421 S ROCKWELL ST
CHICAGO, IL 60632
ADDRESS
4/26/2020
DOB
M
GENDER
7/22/2025
EXPIRATION DATE
7/22/2023
ISSUE DATE



SPECIAL COMMISSION FOR REFUGEES

Refugee Applicant Card

No. 001623319-01

Surnames CURVELO SPAIN

Names DAYLIBETH YOMELIS CRISTINA

Nationality VENEZUELAN

Birth 29 DEC 1999

Emission 11 JUL 2019

Verify valid in: www.rree.gob.pe/refugiados

Signature of the owner



Document Type
IDENTITY CARD

Document No.
V 27042608

This document certifies the status of the applicant for asylum and authorizes him/her to work. It will be considered as an identity document for the purposes of the necessary procedures before state entities in order to facilitate his/her access to work, in accordance with the provisions of article 14 of Law No. 27891.

For any questions or in case of loss, contact the Ministry of Foreign Affairs of Peru at 204-3127, 204-2400

Executive Secretary
Special Commission for Refugees

V 27042608


REPUBLIC OF PERU
DUPLICATED
NATIONAL REGISTRY OF IDENTIFICATION AND STATUS NATIONAL IDENTITY DOCUMENT
DNI46262772 - 1
First Surname
PALOMINO
Second Last Name
QUISPE
Pre Names
EDWARD
Birth: Date and Location
08 04 1990 070903
Sexo
M
Coll Status
2008
Coot Broadcast
30:01 2023
Expiration Date 04
00 2030
I<PER46262772<8<<<<<<<<<<<<<<<
9004089M3008041PER<<<<<<<<<<<<0
PALOMINO<<EDWARD<<<<<<<<<<<<<<<


CERTIFICATE OF
LIMA Department
LIMA
ATE
Address
UCV. 61 ASENT.H. HUAYCAN ZONE D LT. 23
Fourth Level 140103
Observations
NO Organ Donation
Voting Group 265197

44
cuarenta y
four

CASE No. 1339-23

STATEMENT OF INVESTIGATION BY EDWARD PALOMINO QUISPE

At 11:30 a.m. on January 5, 2024, in the presence of the undersigned, Provincial Deputy Prosecutor of the FPPC Huaycan 2 Office, the preliminary statement of Edward Palomino Quispe is scheduled, within the framework of the investigation for the alleged commission of the crime of abduction of a minor

DECLARANT DATA:

| | |
|---|---|
| NAMES AND SURNAMES | : Edward Palomino Quispe |
| D.NI: 46262772 | |
| Age: 33 | |
| MARITAL STATUS | : single |
| NATIONALITY | : Peruvian |
| INSTRUCTION GRADE | : Complete secondary education |
| OCCUPATION | : Beginner- independent |
| PARENTS | : Pike and Synphorus |
| DATE AND PLACE OF BIRTH. | : April 8, 1990 - Cuzco |
| HOME | : UCV 61, lot 23, zone D, Huaycan (my sister's house) |
| REFERENCE | : Huaycan Higher Institute |
| CELL PHONE | : 913687148 |
| EMAIL | : eddu.paqui2508@gmail.com |

PUBLIC MINISTRY:

In this act, the statement of the aggrieved party is taken, who is aware of the rights contemplated in her favor, according to article 95 of the New Criminal Procedure Code.

Article 95 Declaration of the Aggrieved Party

1. The aggrieved party shall have the following rights:

a) To be informed of the results of the action in which he has participated, as well as the result of the procedure, even if he has not participated in it, whenever he so requests;

b) To be heard before any decision involving the termination or suspension of criminal proceedings, whenever requested;

c) To receive dignified and respectful treatment from the competent authorities, and to the protection of their integrity, including that of their family. In proceedings for crimes against sexual freedom, their identity shall be preserved, under the responsibility of whoever conducts the investigation or the proceedings.

d) To challenge the dismissal and the acquittal.

2. The aggrieved party will be informed of his rights when filing the complaint, when making a preventive statement or in his first intervention in the case.

Diana Charca Conisila
Deputy Provincial Prosecutor
Corporate Criminal Prosecution Office

3. If the injured party is a minor or incapacitated, he or she will have the right to be accompanied by a person of his or her trust during the proceedings in which he or she participates.

DEVELOPMENT OF THE DECLARATION

1. DECLARATOR, SAY: Are you going to testify freely in this proceeding and do you require a lawyer? He said. -------I will not testify without a defense attorney.

2. DECLARATOR, STATE: Please specify where you live, with whom you live, and what you do for a living? He said: --The address I gave is my sister's house, but I currently live in an apartment rented by Residencial Pariachi, first stage, I have lived there for a year and a half, I would like notifications to be sent to my sister's address, I live alone, I sell candy products on commission and also as a delivery driver, for approximately seven months.

3. DECLARANT SAYS: Please indicate if you know Daylibeth Yomelis Cristina Curvelo and the minor Edward Sebastian Palomino Curvelo. If your answer is affirmative, indicate what ties you have to this person. You said: I know the first person because she is my son's mother and the second person is my son.

4. DECLARANT SAYS: Please indicate if you confirm the direct complaint: 2601 filed at the Huaycan Police Station on file 02? He said: Yes, I confirm.

5. DECLARANT SAYS: Please describe the events that occurred to your detriment according to the complaint filed? He said: Until May 21, 2023, I was living with the accused, days before she told me that she intended to go to Venezuela to visit her family, she wanted to take my son so that his parents could meet him, I want to add that in the months of April and May 2023 we had financial problems, and she told me that she wanted to go to Venezuela to avoid the expenses we had here, I told her not to worry about the expenses since I am the father, that we should wait until December 2023 to go, but she insisted on going and that in any case I should go in December to spend the holidays with the baby, but I did not agree with the trip, she told me that even if I did not want to, I was going to go since next year our son was going to start studying and that I had to be in Peru to take him to study and I was not going to have time afterwards, I did not know what to do nor did I want to force her to stay, but she told me that we will always be in communication with our son, she told me that I had to give her permission to trip to the notary, when she went she was denied permission by the notary because she did not have up-to-date documents, I told her that she could not go that way but she insisted that she had to go no matter what, so in the face of this, I agreed to let her go, so as not to fight, and we reached an agreement that she had to make a video call with her son, and on May 21, 2023, she told me that she had already bought the land ticket to Tumbes and that she was leaving at four in the afternoon, and I was surprised I did not know anything, that day I did not accompany her to the terminal, because I did not want to say goodbye to her since it was very embarrassing, then a friend and her husband came, at two in the afternoon to pick her up to take her to the terminal, I said goodbye to my son, I was in constant communication when he arrived in Tumbes then to Ecuador, and I sent him money, until he arrived in Colombia, and that he was on the border with Venezuela and since he arrived at night it was dangerous to cross the border, that he had the phone battery low and that he didn't have a charger to charge, that we were going to communicate when he was at his house from his father, on May 26th I lost communication for four days, my partner traveled with

Diana Chanca Conislla
Deputy Provincial Prosecutor
Provincial Corporate Criminal Prosecutor's Office

another minor who was the son of the friend who took her to the terminal, I tried to contact the friend to give me an explanation and I tried to contact the 15-year-old teenager, but they were turned off, I also called his family in Venezuela but they didn't know anything, that he was sure he was just arriving, since before my partner told me that he was going to arrive by surprise and that I shouldn't tell them anything, after five days, she contacted me via WhatsApp and told me Edward I'm not going to Venezuela, "I'm in Panama I'm going to the US", as she wrote to me from the teenager's phone I didn't believe her until she sent me an audio, telling me that it was her, to believe her, that she was already in Panama and had already passed the jungle that is on the border of Colombia and Panama and that she was in Panama, that they ran out of money, I told her why she made that decision, she told me that since she knew me she was not going to allow her to take my son, then I deposited the sum of approximately 130 dollars, in the name of a citizen of Panama named Rosmery Chango, I insisted because she took him without my authorization and she also told me that she was not willing to leave her son, I only told her that I was going to support her but not to take away communication with my son, that I was nobody to cut short her dreams, communication began again in a normal daily manner, then they arrived in the United States on June 26, 2023, to the state of Chicago, and since September 2023 I lost communication with my son's mother, but I did maintain communication with my son through the person who took care of him, I only had communication with my son until November 29, 2023, then I no longer have communication with him.

6. DECLARATOR: Please state how long you lived with the defendant? He said: I lived with the defendant for four years, in rented mini-apartments.

7. DECLARATOR: Please indicate where you lived with the defendant and her son, and for how long? He said: We lived in Huaycan, in rented mini-apartments.

8. DECLARATOR: Please indicate who was taking care of the minor when you lived with the person under investigation? You said: We both worked in the same place, and our son was taken care of by a woman or by my ex-partner's friend.

9. DECLARANT SAYS: Please indicate if, to date, you know where your son and the accused are? He said: Yes, they are in Chicago Illinger.

10. DECLARATOR: Please indicate if you communicate with the person under investigation by any means? He said: Not with her, only through the phone number +1(312)532-3330, I communicated through WhatsApp video call, that number belonged to the name of the person under investigation.

11. DECLARATOR: Please indicate whether you have any complaint for injuries due to domestic violence by the person under investigation? You said: I do not have a complaint, as far as I know.

12. DECLARATOR: Please state what you want from this complaint. You said: I would like to have parental authority over my son.

13. DECLARATOR: In response to your previous question, have you taken any steps before the Judiciary for this? You said: I only filed a criminal complaint.

Diana Chancá Consilla
Fiscal Adjunta Provincial
Provincial Criminal Corporate

14. DECLARATOR: State where you lived when the person under investigation took your son? You said: We lived in Residencial Pariachi, First stage, mz D, lot 59- Ate.

15. DECLARATOR: Please indicate where you lived when the person under investigation took your son? You said: We lived in Residencial Pariachi, First stage, mz D, lot 59- Ate.

16. DECLARATOR: Please indicate if you have had problems with the person under investigation? You said: Only once, when I traveled to Cuzco for my mother's health and when I returned I saw conversations with a person on her phone, she told me that she was unfaithful, this was in 2021.

17. DECLARANT SAYS: Do you have anything else to add, remove or modify in your statement? He said. ----No. Concluding at 12:26.-

RMP

Diana [illegible] Conislia
Provincial Board of Auditors
ProvincialCorporate CriminalProsecutor's Office
from Hoaycán - 2nd Dispatch


Day Call
Where are they 9:18 p. m.
Carillante 9:18 p. m.
Huarmey 9:18 p. m.
Asu 9:19 p. m.
Where the landlords 9:19 p. m.
How homemade?? 9:19 p. m.
The landlords of Huarmey 9:19 p. m.
I have never sold here with you 9:20 p. m.
Of course 9:21 p. m.
That's happening ravine 9:21 p. m.
We have reached Paramonga 9:21 p. m.
Now ps 9:22 p. m.
Huarmey is not there before 9:22 p. m.
Message


Day Call
A ya bkn 9:14 a. m.
I will be working 9:15 a. m.
Okeys 9:15 a. m.
Let me know so I can upload the western 9:15 a. m.
You're already sending the money 9:15 a. m.
It will be 9:15 a. m.
Tulcan Ecuador 9:15 a. m.
Well I'll go pick up 9:15 a. m.
Yes 9:17 a. m.
Because the western closes at 12 9:17 a. m.
Asu 9:17 a. m.
Ok 9:17 a. m.
I'm leaving 9:18 a. m.
Do you have my information? 9:18 a. m.
Message


Day Call
Do you have my information? 9:18 a. m.
Day Call
Do you have my information?
No 9:18 a. m.
I only know your name 9:18 a. m.
9:18 a. m.
Daylibeth yomelis cristina curvelo Spain 9:18 a. m.
27042608 9:18 a. m.
Day Call
Daylibeth yomelis cristina curvelo Spain
That is it 9:18 a. m.
Ok and sebas 9:19 a. m.
What are you doing 9:19 a. m.
Sleeping 9:19 a. m.
Asu 9:20 a. m.
Message

1


Day Call
until 9:21 a. m.
I went for a walk with wenys 9:22 a. m.
A k 9:23 a. m.
Ok 9:23 a. m.
Curve 9:54 a. m.
I'm just telling you that it's for Tulcán, Ecuador. 9:54 a. m.
Yessss 9:56 a. m.
Ok 9:57 a. m.
Are you sure there is wester 9:57 a. m.
Yes 9:57 a. m.
In front of the terminal 9:57 a. m.
Ok 9:58 a. m.
I already made the deposit for you 10:11 a. m.
Send the photo 10:11 a. m.
Message


Day Call
WESTERN UNION A
SERVIBAN SA SEND
MONEY
MICH NRO: 108-958-1708
INFORMATION
REQUIRED FOR THE BENEFICIARY FOR
MIMITTER
ADDRESS
10:12 a. m.
It's 120 dollars 10:13 a. m.
Submit the complete paper 10:13 a. m.
0:09 10:14 a. m.
Message


Day Call
You
What does Dayana tell you?
He hasn't written to me today. 11:41 p.m.
The one writing to me is Arelys 11:41 p. m.
I told him that I had gone on a trip to Ecuador 11:41 p. m.
Day Call
I told him that I had gone on a trip to Ecuador
Ok 11:42 p. m.
But they will smell it 11:42 p. m.
Mm sii 11:43 p. m.
Because it's weird that Arelys writes to me every now and then 11:43 p. m.
After I put the statuses up, when I went to remove them it was too late. 11:44 p. m.
I told Dayana that you left with Wenis 11:44 p. m.
Message

4

5

6










7 8 9

IN SCREEN CAPTURE NUMBER 6 AND 7 OF THE CHAT, HE MAKES REFERENCE TO HIS SISTER DAYANA, WHO WAS UNAWARE OF HIS ARRIVAL IN VENEZUELA, SINCE HER PLAN WAS TO ARRIVE SURPRISELY. LIKEWISE IN CHAT 8, HE TELLS ME THAT HE IS AT THE BORDER WITH VENEZUELA, CLOSE TO REACHING HIS DESTINATION. AND IN CHAT 10, ALL COMMUNICATION WITH HER IS LOST FOR 4 DAYS.

10



11




12




13




Since the last conversation before crossing the border into Venezuela, supposedly, my communication was from Pablito's cell phone (the son of his friend who was actually called Maikol), it is through this means that he expresses his real intention, which was to travel to the US, thus taking away from me the possibility of being able to do something about it (chat 12 and 13).

14




15




16



In chats 14, 15 and 16, I expressed my discomfort; however, my position as a father was to look after the well-being of my son and his mother, her decision had already been made, because with my help or not she was going to continue, so I agreed to support her in her decision, without imagining that it would be the worst decision she was making, at the time I did not have the advice because I had never been through a similar situation in my environment, so I agreed to deposit the amount that I had available at that time.

17




18




19




In chats 17,18,19, the distancing begins 15 to 20 days after being in the US and the subsequent chats were only of insistence because his attitude had changed towards me and I was desperate to know and see my son. And as I can see, I had no response, he blocked me from calls, social networks, me and my family.


Day Curvelo
And with whom did you leave Sebas?
9:53 p. m.
?
10:00 p. m.
With my friend. 10:01 p. m.
But don't leave him like that Day 10:01 p. m.
Try to take Sebas with you
10:02 p. m.
You barely know your friend
10:02 p. m.
Okay 10:02 p. m.
And since what time did you leave him?
10:03 p. m.
Did you arrive?
10:27 p. m.
There is a passageway where there is no noise.
10:40 p. m.
Can you call me from there?
10:41 p. m.
Message


Day Curvelo
Thursday
Heyy 9:23 a. m.
Reportate ps 3:16 p. m.
How are you? How is Sebas?
3:25 p. m.
Day!! 6:01 p. m.
?
8:18 p. m.
You can answer 8:19 p. m.
10:34 p. m.
It's been 3 days since I spoke to Sebastian
10:35 p. m.
At least spend some time with Sebas
10:36 p. m.
Friday
Day please answer 3:31 a. m.
If you are online why don't you answer?
Message


Day Curvelo
Since it's Thursday, Sebas isn't here?
3:25 p. m.
Day!! 6:01 p. m.
?
8:18 p. m.
You can answer 8:19 p. m.
10:34 p. m.
It's been 3 days since I spoke to Sebastian
10:35 p. m.
At least spend some time with Sebas
10:36 p. m.
Friday
Day please answer 3:31 a. m.
If you are online why don't you answer?
3:32 a. m.
What do I have to do so that you can let me talk to my son?
3:37 a. m.
Saturday
Message


Day Curvelo
Send me the photos of Sebas's ID
7:05 a. m.
Altq to go to the reniec 7:11 a. m.
Day responds 7:17 a. m.
Quick please 7:17 a. m.
It hasn't been given to me.
7:24 a. m.
I appreciate that you please stop bothering me okay.
7:25 a. m.
I didn't tell you to write on Facebook to anyone's Facebook.
7:25 a. m.
Day Curvelo
They haven't given it to me.
7:25 a. m.
But if you don't give me an answer to anything
7:25 a. m.
He doesn't let me know anything about my son
7:25 a. m.
I have to find ways to communicate with my son.
Message


Day Curvelo
I have to find ways to communicate with my son.
7:26 a. m.
7:27 a. m.
Well, people are not always there for you if you don't work... Other people are.
7:28 a. m.
Be satisfied that Sebastian is fine.
7:28 a. m.
Day Curvelo
Well, people are not always there for you if you don't work... Other people are.
If I work and make the greatest effort to communicate with my son
7:28 a. m.
I don't know what time you're with Sebas
7:29 a. m.
I don't know what time you leave for work or what time you get home from work 7:29 a.m.
Not even Odalis knows what time you arrive and what time you leave for work.
7:29 a. m.
Ya te dije
Message


Day Curvelo
Well, people are not always there for you if you don't work... Other people are.
7:28 a. m.
Be satisfied that Sebastian is fine.
7:28 a. m.
Day Curvelo
Well people are not always there for you if you don't work... Other people are.
If I work and make the greatest effort to communicate with my son
7:28 a. m.
I don't know what time you're with Sebas
7:29 a. m.
I don't know what time you leave for work or what time you get home from work 7:29 a.m.
Not even Odalis knows what time you arrive and what time you leave for work.
7:29 a. m.
7:30 a. m.
stop bothering 7:30 a. m.
Don't be calling. 7:30 a. m.
Message













I still had one last person with whom I could maintain communication, since it was the lady who took care of my son, as I understood it; however, under other arguments, the lady curtly denied me from seeing my son, as shown in the last chat. The lady indicated to me that I was the one who called my son's mother to ask for money, something I never did, and I did not understand the reason for her attitude after arriving in the US.

**Family photographs.**
















HILFIGER
REDMI NOTE 9
AI QUAD CAMERA






Day Curvelo está con Edward Palomino Quispe.
1 ene. 2021 ·
Tú, Liz G PC y 21 personas más
1 comentario
Me encanta
Comentar
Enviar


FELIZ CUMPLEAÑOS


REDMI NOTE 9
AI QUAD CAMERA

FOTOGRAFIAS DEL MENOR EN ESTADOS UNIDOS

(PHOTOGRAPHS OF THE MINOR IN THE UNITED STATES)














